UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE MEMORIAL HOSPITAL ) <br> ENDOWMENT ASSOCIATION, ) <br> ) <br>    Defendant. ) <br> ) | Case No: 2:15-cv-07998-RDR-KGS |

## MOTION FOR LEAVE TO WITHDRAW

Attorney Michael M. Tamburini and Levy Craig Law Firm, A Professional Corporation, hereby move to withdraw their appearance as counsel for Plaintiff Hawk Technology Systems, LLC ("Hawk") in the above captioned case, pursuant to D. Kan. Rule 83.5.5(a) ("Motion"), and respectfully state the following:

1. Counsel is unable to set forth the reason for withdrawal because doing so would violate applicable standards of professional conduct.

2. Attached here to as **Exhibit A** and incorporated herein by this reference is evidence that Counsel has provided Hawk with notice of:

   a. The admonition that Hawk is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by Court order; and

   b. The date(s) of any pending trial, hearing, conference, and deadlines.

3.	The current mailing address and telephone for Plaintiff Hawk Technology Systems, LLC is:

>Plaintiff Hawk Technology Systems, LLC
>26611 Woodward Ave
>Huntington Woods, MI 48070
>(248) 336-0063

**WHEREFORE,** Michael M. Tamburini and Levy Craig Law Firm, P.C. request that the Court grant this Motion and enter an Order authorizing the withdrawal of their appearance from the above referenced matter, and for such other and further relief as the Court deems just and proper.

Dated: June 30, 2015

>Respectfully Submitted,
>
>**LEVY CRAIG LAW FIRM**
>A PROFESSIONAL CORPORATION
>
>By: /s/Michael M. Tamburini
>Michael M. Tamburini
>1301 Oak Street, Suite 500
>Kansas City, MO 64106
>Phone: 816-460-1843
>Fax: 816-382-6618
>Email: mtamburini@levycraig.com
>
>*Attorney for Plaintiff Hawk Technology Systems, LLC*

## CERTIFICATE OF SERVICE

      Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 30th day of June, 2015 to all counsel of record.

                                                                             */s/Michael M. Tamburini,*
                                                                             Michael M. Tamburini

                                                                             *Attorney for Plaintiff Hawk Technology Systems, LLC*