**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LAWRENCE MEMORIAL HOSPITAL  )<br>ENDOWMENT ASSOCIATION,  )<br>  )<br>       Defendant.  ) | Case No. 15-7998-RDR |

## ORDER

This matter comes before the court upon Attorney Michael M. Tamburini's motion to Withdraw as attorney for Plaintiff Hawk Technology Systems, LLC (ECF No. 13). As detailed below, Mr. Tamburini must supplement his motion.

Local Rule 83.5.5 governs attorney withdrawal.[1] When the attorney's withdrawal would result in the client being left without counsel, 83.5.5(a) applies and the attorney must seek leave of court. Mr. Tamburini's motion complies with the majority of the Rule's requirements. However, 83.5.5(a)(4) requires the attorney seeking withdrawal to "file either: (A) proof of personal service of the motion to withdraw or the certified mail receipt, signed by the client; or (B) an affidavit indicating that the client received a copy of the motion to withdraw. Withdrawal is not effective until the court enters an order authorizing withdrawal."[2]

Mr. Tamburini's motion does not include proof that Hawk Technology Systems, LLC received the motion or Mr. Tamburini's e-mail. It does not include any affidavit or document, for example a responsive e-mail from the plaintiff, which would otherwise prove receipt. Mr.

---

[1] D. Kan. Rule 83.5.5.

[2] D. Kan. Rule 83.5.5(c)(a)(4)(A)–(B).

Tamburini must supplement his motion with documentation that would fully satisfy the Rule on or before July 9, 2015.

Accordingly,

**IT IS SO ORDERED.**

Dated this 2d day of July, 2015, at Topeka, Kansas.

s/ K. Gary Sebelius_____  
K. Gary Sebelius  
U.S. Magistrate Judge