```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF KANSAS


HAWK TECHNOLOGY SYSTEMS, LLC,

                    Plaintiff,

     vs.                              Case No. 15-7998-RDR

LAWRENCE MEMORIAL HOSPITAL
ENDOWMENT ASSOCIATION,

                    Defendant.
```

## O R D E R

Plaintiff filed this action on May 8, 2015.  Plaintiff's counsel was permitted to withdraw on July 7, 2015.  Doc. No. 16.  Plaintiff was reminded at that time that plaintiff was required to have representation by counsel admitted to practice in this court in order to proceed with this action.  Plaintiff was also reminded that defendant had filed a motion to dismiss (Doc. No. 8) and that plaintiff's response to the motion was due on July 10, 2015.  As of the date of this order, new counsel has not entered an appearance for plaintiff in this case and no response has been filed to defendant's motion to dismiss.

Pursuant to Local Rule 41.1, the court hereby directs that plaintiff, through counsel admitted to practice in this court, show cause by August 21, 2015 why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2015.

s/ Daniel D. Crabtree
**DANIEL D. CRABTREE**
**UNITED STATES DISTRICT JUDGE**
