## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:15-cv-07998-RDR-KGS |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE MEMORIAL HOSPITAL ) | |
| ENDOWMENT ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Mandi R. Hunter and hereby enters her appearance as counsel for Plaintiff, Hawk Technology Systems, LLC. Counsel requests Notice of all further pleadings and papers herein directed to or affecting this action.

Respectfully Submitted,

HUNTER LAW GROUP, PA

/s/ *Mandi R. Hunter*

Mandi R. Hunter, KS Bar #21109
11100 Ash St., Suite 103
Leawood, KS 66211
Telephone: (913) 735-1723
Fax: (913) 912-1267
mrh@hunterlawgrouppa.com
ATTORNEY FOR PLAINTIF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mandi R. Hunter*